

# COURT OF APPEALS

REBECA C. MARTINEZ
  CHIEF JUSTICE
PATRICIA O. ALVAREZ
LUZ ELENA D. CHAPA
IRENE RIOS
BETH WATKINS
LIZA A. RODRIGUEZ
LORI I. VALENZUELA
  JUSTICES

FOURTH COURT OF APPEALS DISTRICT
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, SUITE 3200
SAN ANTONIO, TEXAS 78205-3037
WWW.TXCOURTS.GOV/4THCOA.ASPX

MICHAEL A. CRUZ,
CLERK OF COURT

TELEPHONE
(210) 335-2635

FACSIMILE NO.
(210) 335-2762

November 18, 2022

Renee Ramirez
The Law Office of Derek D. Morales, PLLC
800 Broadway St
San Antonio, TX 78215-1517
* DELIVERED VIA E-MAIL *

Derek Morales
The Law Office of Derek D. Morales, PLLC
800 Broadway
San Antonio, TX 78215
* DELIVERED VIA E-MAIL *

Brett B. Rowe
Evans, Rowe & Holbrook
10101 Reunion Place, Suite 900
San Antonio, TX 78216-4175
* DELIVERED VIA E-MAIL *

RE:    Court of Appeals Number:   04-22-00097-CV
       Trial Court Case Number:   2020-CI-06670
       Style: Sharyn Dacbert 'Cross-Appellee'
             v.
       Medical Center Ophthalmology Associates, L.L.P. and Michael Singer 'Cross- Appellants'

Enclosed please find the order which the Honorable Court of Appeals has issued in reference to the above styled and numbered cause.

If you should have any questions, please do not hesitate to contact me.

Very truly yours,
MICHAEL A. CRUZ, Clerk of Court

Cecilia Phillips
Deputy Clerk, Ext. 5-3221

cc: Nicki Elgie (DELIVERED VIA E-MAIL)
Ryan G. Anderson (DELIVERED VIA E-MAIL)



# Fourth Court of Appeals
## San Antonio, Texas

November 18, 2022

No. 04-22-00097-CV

Sharyn **DACBERT,**
Appellant / Cross-Appellee

v.

**MEDICAL CENTER OPHTHALMOLOGY ASSOCIATES, L.L.P.** and Michael Singer
Appellees / Cross- Appellants

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-CI-06670
Honorable Martha Tanner, Judge Presiding

## O R D E R

Appellant/cross-appellee's second motion for an extension of time to file her responsive brief is granted. The brief is due on or before **December 5, 2022**. **No further extensions will be granted absent extenuating circumstances.**

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of November, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court